1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   MARSHALL L. BAKER (SBN 300987)
2  mbaker@akingump.com
   1999 Avenue of the Stars, Suite 600
3  Los Angeles, CA 90067
   Tel:   310.229.1000
4  Fax:   310.229.1001

5  Attorneys for Defendant
   HP Inc.
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9

10 | EMIR BALANZAR, individually and on behalf of others similarly situated, | Case No. 3:22-cv-02030-MMA-WFG |
11 | | District Judge: Hon. Michael M. Anello |
   | Plaintiff, | Magistrate Judge: Hon. William V. Gallo |
12 | v. | **CLASS ACTION** |
13 | HP INC., | **JOINT MOTION TO SET BRIEFING SCHEDULE FOR HP'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
14 | Defendant. | |
15 | | |
16 | | Date Action Filed:  December 22, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Emir Balanzar ("Plaintiff") and Defendant HP Inc. ("HP"), by and through their respective counsel, hereby stipulate and move this Court for an Order setting the briefing schedule for HP's intended motion to dismiss Plaintiff's First Amended Complaint ("FAC") (D.E. 9), as follows:

WHEREAS, Plaintiff filed his original Complaint in this Action on December 22, 2022 (*see* D.E. 1);

WHEREAS, on January 13, 2023, the Court granted the parties' joint motion to extend HP's deadline to respond to Plaintiff's Complaint, setting the deadline for March 1, 2023 (*see* D.E. 7);

WHEREAS, on February 28, 2023, Plaintiff filed the FAC, making HP's response due March 14, 2023;

WHEREAS, the FAC expands the number of claims and proposes alternative class definitions from those set forth in the original Complaint;

WHEREAS, good cause exists to extend HP's deadline to respond to the FAC and to set a briefing schedule for same, as HP requires adequate time to further investigate Plaintiff's new allegations and claims, and a modest adjustment to the default briefing schedule will assist the parties in preparing their respective briefs for this Court's review;

WHEREAS, the parties have met and conferred and have agreed to set a briefing schedule for HP's intended motion to dismiss the FAC, as follows:

- April 14, 2023 – HP's deadline to file its motion to dismiss the FAC
- May 26, 2023 – Plaintiff's deadline to file an opposition to HP's motion to dismiss the FAC
- June 9, 2023 – HP's deadline to file a reply in support of its motion to dismiss Plaintiff's FAC

WHEREAS, the only other request for an extension of time was for HP's response to the original Complaint, which was mooted by Plaintiff's filing of the FAC; the Court has not otherwise set any deadlines that would be impacted by this joint motion.

NOW THEREFORE, pursuant to Local Rules 7.2 and 12, and subject to the approval of the Court, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court enter an Order setting the following briefing schedule for HP's forthcoming motion to dismiss Plaintiff's FAC:

- April 14, 2023 – HP's deadline to file its motion to dismiss the FAC
- May 26, 2023 – Plaintiff's deadline to file an opposition to HP's motion to dismiss the FAC
- June 9, 2023 – HP's deadline to file a reply in support of its motion to dismiss Plaintiff's FAC

**IT IS SO STIPULATED**.

LAW OFFICES OF DANIEL G. SHAY

Dated: March 3, 2023          By:   /s/ *Daniel G. Shay*
                                    Daniel G. Shay
                                    *Attorneys for Plaintiff Emir Balanzar*

Dated: March 3, 2023          AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:   /s/ *Marshall L. Baker*
                                    Marshall L. Baker
                                    *Attorney for Defendant HP Inc*.

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff Emir Balanzar, and that I have obtained the authorization of Mr. Shay to affix his electronic signature to this document.

                                    /s/ *Marshall L. Baker*
                                    Marshall L. Baker