# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR BALANZAR, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No. 22-cv-2030-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION**<br><br>[Doc. No. 17] |

On December 22, 2023, Plaintiff Emir Balanzar initiated this action against Defendant HP Inc. *See* Doc. No. 1. On February 28, 2023, Plaintiff filed a First Amended Complaint. *See* Doc. No. 9. In accordance with the Court's Order granting the parties' joint motion, *see* Doc. Nos. 10, 11, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint on April 14, 2023, *see* Doc. No. 16.

The parties have met and conferred and now jointly move the Court to grant Plaintiff leave to file a proposed Second Amended Complaint, and to set a special briefing schedule. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. The Court **DENIES** Defendant's motion to dismiss, *see* Doc. No. 16,

**as moot**, **VACATES** the previously issued briefing schedule, *see* Doc. No. 11, and **SETS** the following schedule:

    1.    Plaintiff must file the proposed Second Amended Complaint on or before **April 28, 2023**.

    2.    Defendant must respond to the Second Amended Complaint on or before **May 26, 2023**.

    3.    Should Defendant file a motion to dismiss, Plaintiff must file an opposition on or before **July 7, 2023**.

    3.    Defendant may then file its reply, if any, on or before **July 21, 2023**.

If Defendant chooses to file a motion to dismiss, it need not obtain a hearing date from chambers and the Court therefore waives the requirement set forth in Civil Chambers Rule III.

    **IT IS SO ORDERED**.

Dated: April 25, 2023

                                            HON. MICHAEL M. ANELLO
                                            United States District Judge