| | |
|---|---|
| Joshua B. Swigart (SBN 225557) | Daniel G. Shay (SBN 250548) |
| Josh@SwigartLawGroup.com | DanielShay@TCPAFDCPA.com |
| **SWIGART LAW GROUP, APC** | **LAW OFFICE OF DANIEL G. SHAY** |
| 2221 Camino del Rio S, Ste 308 | 2221 Camino del Rio S, Ste 308 |
| San Diego, CA  92108 | San Diego, CA  92108 |
| P: 866-219-3343 | P: 619-222-7429 |
| F: 866-219-8344 | F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR BALANZAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>HP INC.,<br><br>                    Defendant. | CASE No: 3:22-CV-02030-MMA-WVG<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1

Notice of Voluntary Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Emir Balanzar ("Plaintiff") voluntarily dismisses this action against Defendant HP Inc. ("Defendant") without prejudice.

Respectfully submitted,

Date: May 17, 2023     LAW OFFICE OF DANIEL G. SHAY

By:   s/ Daniel G. Shay
      Daniel G. Shay, Esq.
      DanielShay@TCPAFDCPA.com
      Attorney for Plaintiffs